# Court of Appeals
# of the State of Georgia

ATLANTA, __October 09, 2019_____

*The Court of Appeals hereby passes the following order:*

**A20A0387. ANTHONY JOE v. THE STATE.**

In August 2010, Anthony Gerome Joe pled guilty to voluntary manslaughter and possession of a firearm during the commission of a crime. In 2019, Joe filed a motion to dismiss the judgment for lack of jurisdiction and a motion to vacate a void and illegal sentence. By order entered July 17, 2019, the trial court denied the motions. Joe filed a notice of appeal on August 22, 2019.

A notice of appeal must be filed within 30 days of the entry of an appealable judgment. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Joe's notice of appeal was filed 36 days after entry of the order sought to be appealed. Consequently, the notice of appeal was untimely, and this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,__10/09/2019_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*